AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ARMANDO ENRIQUE SALES MORLAES,

Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:26-cv-651

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered September 16, 2026, Respondent's motion to dismiss is granted, and Petitioner's 28 U.S.C. § 2241 petition is dismissed as successive. This case stands closed.

Approved by: ______________________
**HON. LISA GODBEY WOOD, JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

September 21, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*